IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SPERRY, | No. CIV S-11-1128-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| D. SWINGLE, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed.  The parties have not consented to Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is necessary to properly address the case.

/ / /

/ / /

/ / /

/ / /

1  Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to
2  randomly assign a District Judge to this case and to update the docket.

DATED: December 16, 2011

                                                        **CRAIG M. KELLISON**
                                                        UNITED STATES MAGISTRATE JUDGE